**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAY WATERMAN, | No.   C06-03777 MJJ |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| PRUDENTIAL INSURANCE COMPANY OF AMERICA, | |
| Defendant. | |

THE COURT hereby issues an ORDER TO SHOW CAUSE why plaintiff's claims should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

If plaintiff fails to file a written response to this order to show cause by Friday, September 22, 2006, the case shall be dismissed for failure to prosecute.

The Case Management Conference scheduled for September 19, 2006, is **vacated.**

**IT IS SO ORDERED.**

Dated:      9/11/2006

MARTIN J. JENKINS
United States District Judge