```
 1  ADRIENNE C. PUBLICOVER (State Bar No. 161432)
    MICHAEL K. BRISBIN (State Bar No. 169495)
 2  WILSON, ELSER, MOSKOWITZ,
       EDELMAN & DICKER LLP
 3  525 Market Street, 17th Floor
    San Francisco, California 94105
 4  Telephone:    (415) 433-0990
    Facsimile:    (415) 434-1370
 5
    Attorneys for Defendant
 6  PRUDENTIAL INSURANCE
    COMPANY OF AMERICA
 7
 8
 9
10                      UNITED STATES DISTRICT COURT
11                    NORTHERN DISTRICT OF CALIFORNIA
12                             OAKLAND DIVISION
13
14
15  GAY WATERMAN,                  )  Case No.:  C06-03777 MJJ
                                   )
16            Plaintiff,           )  STIPULATED MOTION AND ORDER
                                   )  FOR DISMISSAL WITHOUT PREJUDICE
17       v.                        )  PURSUANT TO Fed.R.Civ.P. 41(a)(1)
                                   )
18  PRUDENTIAL INSURANCE COMPANY   )  GRANTED
    OF AMERICA and DOES 1 to 50, Inclusive, )
19                                 )
              Defendants.          )
20  _____)
21
22       Plaintiff, Gay Waterman, by and through her attorneys, Joseph John Turri of Insurance
23  Litigators & Counselors, and Defendant Prudential Insurance Company of America, by and
24  through its attorney's, Adrienne C. Publicover of Wilson, Elser, Moskowitz, Edelman & Dicker,
25  respectfully move this Court pursuant to Fed.R.Civ.P. 41 (a)(1) for a voluntary dismissal of this
26
27  _____
                                         1
28              STIPULATED MOTION AND ORDER FOR DISMISSAL
              WITHOUT PREJUDICE PURSUANT TO Fed.R.Civ.P. 41(a)(1)
    USDC NDCA Case # C06-03777 MJJ
    239090.1
```

action without prejudice. This relief is properly sought as the Defendant has not answered though served with Plaintiff's Summons and Complaint.

Dated: September 12, 2006          INSURANCE LITIGATORS & COUNSELORS

By: _____
Joseph J. Turri
Attorneys for Plaintiff
GAY WATERMAN

Dated: September 12, 2006          WILSON, ELSER, MOSKOWITZ,
                                   EDELMAN & DICKER LLP

By: _____
Adrienne C. Publicover
Michael K. Brisbin
Attorneys for Defendant
PRUDENTIAL INSURANCE
COMPANY OF AMERICA

# ORDER

This matter having come on before the Court upon the Stipulated Motion of the plaintiff and defendant for voluntary dismissal of this action without prejudice pursuant to FRCP 41(a)(1), and the Court having reviewed said stipulated motion, this order, and finding no answer by the defendant, and otherwise being fully advised, now, therefore, it is hereby

ORDERED that this matter be and hereby is, dismissed without prejudice, and without costs or fees to any party.

Dated: __September 15__, 2006     By: _____
                                   Honorable Martine J. Jenkins
                                   United States District Judge

# CERTIFICATE OF SERVICE

I am a citizen of the United States. I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address is 525 California Street, 17th Floor, San Francisco, California 94105.

On this date I served the following document(s):

**STIPULATION MOTION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE PURSUANT TO Fed.R.Civ.P. 41(a)(1)**

on the parties identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

_X_ : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

_☐_ : **By Personal Service** – I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

_☐_ : **By Overnight Courier** – I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

_☐_ : **Facsimile** – (Only where permitted. Must consult CCP § 1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.C.A.)

Joseph J. Turri, Esq.
INSURANCE LITIGATORS & COUNSELORS
445 North State Street
Ukiah, CA 95482
Tel:  (707) 462-6117
Fax:  (707) 468-5302

*Counsel for Plaintiff Gay Waterman*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED September 12, 2006 at San Francisco, California.

_____
(Nancy Li)

239106.1

CERTIFICATE OF SERVICE