ADRIENNE C. PUBLICOVER (State Bar No. 161432)
MICHAEL K. BRISBIN (State Bar No. 169495)
WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105
Telephone:   (415) 433-0990
Facsimile:    (415) 434-1370

Attorneys for Defendant
**PRUDENTIAL INSURANCE
COMPANY OF AMERICA**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GAY WATERMAN, | Case No.: C06-03777 MJJ |
| Plaintiff, | **STIPULATED MOTION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE PURSUANT TO Fed.R.Civ.P. 41(a)(1)** |
| v. | GRANTED |
| PRUDENTIAL INSURANCE COMPANY OF AMERICA and DOES 1 to 50, Inclusive, | |
| Defendants. | |

    Plaintiff, Gay Waterman, by and through her attorneys, Joseph John Turri of Insurance Litigators & Counselors, and Defendant Prudential Insurance Company of America, by and through its attorney's, Adrienne C. Publicover of Wilson, Elser, Moskowitz, Edelman & Dicker, respectfully move this Court pursuant to Fed.R.Civ.P. 41 (a)(1) for a voluntary dismissal of this

---

1
STIPULATED MOTION AND ORDER FOR DISMISSAL
WITHOUT PREJUDICE PURSUANT TO Fed.R.Civ.P. 41(a)(1)
USDC NDCA Case # C06-03777 MJJ
239090.1

action without prejudice. This relief is properly sought as the Defendant has not answered though served with Plaintiff's Summons and Complaint.

Dated: September 12, 2006

INSURANCE LITIGATORS & COUNSELORS

By: _____
Joseph J. Turri
Attorneys for Plaintiff
GAY WATERMAN

Dated: September 12, 2006

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: _____
Adrienne C. Publicover
Michael K. Brisbin
Attorneys for Defendant
PRUDENTIAL INSURANCE COMPANY OF AMERICA

## ORDER

This matter having come on before the Court upon the Stipulated Motion of the plaintiff and defendant for voluntary dismissal of this action without prejudice pursuant to FRCP 41(a)(1), and the Court having reviewed said stipulated motion, this order, and finding no answer by the defendant, and otherwise being fully advised, now, therefore, it is hereby

ORDERED that this matter be and hereby is, dismissed without prejudice, and without costs or fees to any party.

Dated: 9/19 , 2006    By: _____
Honorable Martine J. Jenkins
United States District Judge

---

2
STIPULATED MOTION AND ORDER FOR DISMISSAL
WITHOUT PREJUDICE PURSUANT TO Fed.R.Civ.P. 41(a)(1)
USDC NDCA Case # C06-03777 MJJ
239090.1